THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HARVEY DALE HOLLAND, Defendant-Appellant.

(No. 72-17;

Fifth District—May 25, 1973.

PER CURIAM.

Robert E. Farrell, of Defender Project, of Mt. Vernon, (Edith L. James, of counsel,) for appellant.

No brief filed for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* TYRONE ASHBY, Defendant-Appellant.

(No. 72-36;

Fifth District—May 29, 1973.